# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2009

138322

ARCHIE A. VAN ELSLANDER,
       Plaintiff-Appellant,

v

THOMAS SEBOLD & ASSOCIATES, INC.,
DANIEL S. FOLLIS, and MARY ELIZABETH
FOLLIS,
       Defendants-Appellees,
and

HOME INSPECTORS NORTH, INC. and
LINCOLN WOOD PRODUCTS, INC.,
       Defendants.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 138322
COA: 272396
Oakland CC: 2003-051583-CZ

_____/

      On order of the Court, the application for leave to appeal the December 2, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2009

0518

                       Clerk